```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 12198
   GARY M ANISH
   CATHERINE M ANISH                            CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
  SSN XXX-XX-3866    SSN XXX-XX-1126

-----------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 09/26/2006 and was not confirmed.

     The case was dismissed without confirmation 05/16/2007.
-----------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST    PRINCIPAL
                                                             PAID         PAID
-----------------------------------------------------------------------------
AMERICREDIT FINANCIAL SE SECURED VEHIC     3183.46            .00       730.00
WASHINGTON MUTUAL        CURRENT MORTG         .00            .00          .00
WASHINGTON MUTUAL        MORTGAGE ARRE    28079.62            .00          .00
CHICAGO PARK DISTRICT DE UNSEC W/INTER   NOT FILED            .00          .00
HARRIS BANK              UNSEC W/INTER   NOT FILED            .00          .00
BRADLEY H FOREMAN        DEBTOR ATTY          .00                          .00
TOM VAUGHN               TRUSTEE                                         48.26
DEBTOR REFUND            REFUND                                       2,526.74

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                 3,305.00

PRIORITY                                              .00
SECURED                                            730.00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                48.26
DEBTOR REFUND                                    2,526.74
                        ---------------       ---------------
TOTALS                  3,305.00                 3,305.00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 10/04/07                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```